UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER CONSOLIDATING CASES** |

The following cases are hereby CONSOLIDATED with the Multi-District Litigation ("MDL") case *In Re: Yahoo! Inc. Customer Data Security Breach Litigation*, 16-MD-02752-LHK:

Finnegan et al. v. Yahoo!, Inc., 5:16-CV-07228-LHK

Schwartz v. Yahoo! Inc., 5:16-CV-05456-LHK

Sventek v. Yahoo!, Inc., 5:16-CV-05463-LHK

McMahon v. Yahoo! Inc., 5:16-CV-05466-LHK

Myers et al v. Yahoo! Inc., 5:16-CV-07030-LHK

Havron et al v. Yahoo!, Inc., 5:16-CV-07031-LHK

Filares v. Yahoo! Inc., 5:16-CV-07227-LHK

Pawlik v. Yahoo!, Inc., 5:16-CV-07229-LHK

1. Baker v. Yahoo, Inc., 5:17-CV-00135-LHK
2. Corso v. Yahoo! Inc., 5:16-CV-05540-LHK
3. Howard et al. v. Yahoo! Inc., 5:16-CV-05609-LHK
4. Kaneshiro v. Yahoo! Inc., 5:16-CV-05634-LHK
5. Perlmutter v. Yahoo! Inc., 5:16-CV-05643-LHK
6. Ackers v. Yahoo! Inc., 5:16-CV-05811-LHK
7. Hirt v. Yahoo! Inc., 5:16-CV-05911-LHK
8. Savett v. Yahoo! Inc., 5:16-CV-06152-LHK
9. Heines v. Yahoo! Inc., 5:16-CV-06590-LHK
10. Townsend et al v. Yahoo! Inc., 5:16-CV-06635-LHK
11. Lee v. Yahoo! Inc., 5:16-CV-06733-LHK
12. Stras v. Yahoo! Inc., 5:16-CV-06990-LHK
13. Vail v. Yahoo!, Inc., 5:16-CV-07154-LHK
14. Mortensen v. Yahoo! Inc., 5:16-CV-07182-LHK
15. Gonzalez v. Yahoo! Inc., 5:16-CV-07206-LHK
16. Hartline v. Yahoo! Inc., 5:16-CV-07246-LHK
17. Gulley v. Yahoo! Inc., 5:16-CV-07261-LHK
18. Cleaver v. Yahoo! Inc., 5:16-CV-07264-LHK
19. Johnson v. Yahoo! Inc., 5:16-CV-07291-LHK
20. Abye v. Yahoo! Inc., 5:16-CV-07354-LHK
21. Granot et al v. Yahoo! Inc., 5:17-CV-00037-LHK

Any future filings in any of the above individual cases shall be filed in the MDL case, 16-MD-02752-LHK, rather than in the individual cases.

**IT IS SO ORDERED.**

Dated: February 9, 2017

_____
LUCY H. KOH
United States District Judge